**LAW OFFICE OF ANTHONY CECUTTI**
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

December 21, 2020

**BY ECF**
The Honorable Naomi Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

              **Re: United States v. Reynor Hungria Brito, 19 Cr. 523 (NB)**

Dear Judge Buchwald:

    I represent Reynor Hungria Brito in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

    The purpose of this letter is to respectfully request a temporary modification of Mr. Hungria Brito's bail conditions. Presently, his travel is restricted to the Southern and Eastern Districts of New York, and the District of New Jersey. It is respectfully requested that his travel restrictions be modified such that he may travel to the Boston area on December 25, 2020 and returning December 26, 2020 to visit family. While there, he will be staying with his brother. Mr. Hungria Brito has provided his brother's address to Pretrial Services.

    I have discussed this application with Pretrial Services and the Government, and neither objects to the request.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

```
Given the guidance from the Centers
for Disease Control strongly
advising against interstate travel,
it is with regret that the Court
denies the application.
SO ORDERED.
```

*[signature]*
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

```
Dated:  New York, New York
        December 21, 2020
```