LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

March 16, 2021

<u>BY ECF</u>
The Honorable Naomi Buchwald
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Reynor Hungria Brito, 19 Cr. 523 (NB)**

Dear Judge Buchwald:

    I represent Reynor Hungria Brito in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. On December 10, 2020, Mr. Hungria Brito pleaded guilty pursuant to a plea agreement with the Government to a lesser-included offense. Sentencing was scheduled for March 31, 2021.

    I write, without objection from the Government to respectfully request an adjournment of sentencing until May, 2021. In light of the COVID-19 pandemic, my preparation for sentencing has been significantly impacted. Mr. Hungria Brito and I have not been able to sufficiently meet. Further, we have encountered delays in obtaining relevant documents concerning his life history and background. Accordingly, an adjournment of sentencing is necessary.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

---

Application granted. Sentencing is adjourned until May 13, 2021 at 11:00 a.m. Defendant's submission shall be due April 29, 2021 and the Government's submission shall be due May 6, 2021.
**SO ORDERED.**

NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       March 17, 2021